IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
DEC 11 2025
U.S. DISTRICT COURT
ELKINS WV 26241

Gina HAND
936 Sharpe Hospital Rd
Weston WV 26452

_____
Plaintiff,

v.

Sharpe Hospital
PAt Ryan

_____
Defendant(s)

COMPLAINT

CIVIL ACTION NO. 2:25-CV-2+
2:25cv33  Kleeh

Paragraph 1: Jurisdiction

Paragraph 2, etc. : <u>Short</u> and <u>plain</u> statement of the claim showing that the pleader is entitled to relief.

Final paragraph: Demand for judgment for the relief to which the party deems himself entitled.

_____Gina Hand_____
Plaintiff, Pro Se

12/8/25
Date

NOTE: This form is ONLY A GUIDE; do NOT fill it in. Use a plain sheet of 8 ½ x 11 inch paper and set up your complaint in this format. In Paragraph 1, state the reason that you believe the Federal Court has jurisdiction of the matter about which you are filing your complaint. In paragraph 2, state the problem or the thing about which you are complaining and why you think you are entitled to relief or redress. In the last paragraph, state the amount of damages or the kind of relief to which you think you are entitled. Please type or legibly hand write your complaint. Do <u>not</u> use a pencil to hand write your complaint. DOUBLE-SPACE your complaint, and submit the original and two copies to the Clerk of Court, plus one additional copy for each defendant to be served.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_____
_____
_____
_____
                    Plaintiff,

v.

_____        Civil Action No.: ~~2:25cv21~~
_____                            2:25cv33
_____
_____
                    Defendant(s)

## Certificate of Service

I, (your name here), appearing pro se, hereby certify that I have served the foregoing (title of document being sent) upon the defendant(s) by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant(s) on (insert date here):

(List name and address of counsel for defendant(s))

_____Guna Hawb_____
(sign your name)